1  [PURSUANT TO LOCAL RULE 3-4(a)(1),
2  NAMES AND ADDRESSES OF COUNSEL
   AND NAMES OF PARTIES APPEAR ON
3  SIGNATURE PAGE]

4

5

6

7
                    UNITED STATES DISTRICT COURT
8
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                          OAKLAND DIVISION
10

| | |
|---|---|
| 11  SONY COMPUTER ENTERTAINMENT AMERICA INC., a Delaware corporation, | Case No. C 04-4200 CW |
| 12 | **E-FILING** |
| 13      Plaintiff, | |
|       v. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE** |
| 14 | |
| 15  DIVINEO INC., a Canadian corporation; DIVINEO U.K., an entity of unknown form; | Judge:      Hon. Claudia Wilken |
|    DIVINEO S.A.R.L., a French corporation, | Courtroom:   2, 4th Floor |
| 16  doing business as Divineo Online; FREDERIC LEGAULT, individually and doing business as | |
| 17  Divineo Inc.; MAX LOUARN, individually and doing business as Divineo U.K., Divineo | |
| 18  S.A.R.L., and Divineo Online; and DOES 1 through 10, | |
| 19 | |
|       Defendants. | |
| 20 | |

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE
Case No. C 04-4200 CW

As set forth in the Court's Case Management Order dated April 6, 2005, the deadline for the parties to conduct mediation is July 31, 2005. Discovery in this case has only just commenced, and plaintiff Sony Computer Entertainment America Inc. ("SCEA") recently filed an Amended Complaint to add several new foreign defendants. SCEA and defendant Divineo Inc. believe that mediation will be more effective after further initial discovery and investigation. Accordingly, the parties hereby request a three-month continuance of the mediation deadline.

IT IS, THEREFORE, STIPULATED by SCEA and Divineo Inc., through their undersigned counsel and subject to the approval of the Court, that the deadline to conduct mediation shall be extended by three months – from July 31, 2005 to October 31, 2005.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 7/18/05

/s/ CLAUDIA WILKEN
HON. CLAUDIA WILKEN
United States District Judge

The undersigned hereby stipulate to the entry of the above Order.

DATED: July 15, 2005

By:/s/James G. Gilliland, Jr.
   James G. Gilliland, Jr.
   Timothy R. Cahn
   Angus M. MacDonald
   Townsend and Townsend and Crew LLP
   Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
   Tel: (415) 576-0200
   Fax: (415) 576-0300
   Email: jggilliland@townsend.com
           trcahn@townsend.com
           ammacdonald@townsend.com

[*signature block continued on next page*]

By:/s/Richard J. Nelson
   Richard J. Nelson
   Jeffrey C. Hallam
   Sideman & Bancroft
   One Embarcadero Center, 8th Floor
   San Francisco, CA 94111
   Tel: 415-392-1960
   Fax: 415-392-0827
   Email: rnelson@sideman.com
           jhallam@sideman.com

[*signature block continued on next page*]

| | |
|---|---|
| Jennifer Y. Liu<br>Sony Computer Entertainment America Inc.<br>919 East Hillsdale Boulevard, 2nd Floor<br>Foster City, California 94404<br>Tel:      (650) 655-8000<br>Fax:     (650) 655-8042<br>Email:   jennifer_liu@playstation.sony.com<br><br>**Attorneys for Plaintiff Sony Computer Entertainment America Inc.** | Patricia B. Cunningham<br>Sutherland Asbill & Brennan LLP<br>999 Peachtree Street, NE<br>Atlanta, GA  30309<br>Tel:     404-853-8000<br>Fax:    404-853-8806<br>Email: patricia.cunningham@sablaw.com<br><br>David E. Weslow<br>Sutherland Asbill & Brennan LLP<br>1275 Pennsylvania Avenue, NW<br>Washington, DC  20004<br>Tel:     202-383-0100<br>Fax:    202-637-3593<br>Email: david.weslow@sablaw.com<br><br>**Attorneys for Defendants Divineo Inc. and Frederic Legault** |

605378817 v1

STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE
Case No. C 04-4200 CW

3

**PROOF OF SERVICE**
[C.C.P. §§ 1011 and 1013, C.R.C.§ 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled:

**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

*Via Electronic Transmission*
Patricia B. Cunningham
Sutherland Asbill & Brennan LLP
999 Peachtree, NE
Atlanta, GA 30309
Tel: 404-853-8000
Fax: 404-853-8806
Email: patricia.cunningham@sablaw.com

*Via Electronic Transmission*
Richard J. Nelson
Jeffrey C. Hallam
Sideman & Bancroft
One Embarcadero Center, 8th Floor
San Francisco, CA 94111
Tel: 415-392-1960
Fax: 415-392-0827
Email: rnelson@sideman.com
Email: jhallam@sideman.com

*Via Electronic Transmission*
David E. Weslow
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202-383-0100
Fax: 202-637-3593
Email: david.weslow@sablaw.com

*Via Electronic Transmission & U.S. Mail*
U.S. District Court – ADR Unit
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102
Tel: 415-522-2199
Fax: 415-522-4112
Email: ADR@cand.uscourts.gov

☒ **[By First Class Mail]** I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **[By Overnight Courier]** I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ **[By Hand]** I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ **[By Facsimile Transmission]** I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒ **[By Electronic Transmission]** I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: July 15, 2005.  /s/Diane G. Sunnen
 Diane G. Sunnen

605378817 v1

PROOF OF SERVICE
Case No. C 04-4200 CW