| | |
|---|---|
| 1 | [PURSUANT TO LOCAL RULE 3-4(a)(1), NAMES AND ADDRESSES OF COUNSEL AND NAMES OF PARTIES APPEAR ON SIGNATURE PAGE] |
| 2 | |
| 3 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| 11 | SONY COMPUTER ENTERTAINMENT AMERICA INC., a Delaware corporation, | Case No. C 04-4200 CW |
| 12 | | **E-FILING** |
| 13 | Plaintiff, | **STIPULATION AND ORDER TO EXTEND MEDIATION DEADLINE** |
| 14 | v. | |
| 15 | DIVINEO INC., a Canadian corporation; DIVINEO U.K., an entity of unknown form; DIVINEO S.A.R.L., a French corporation, doing business as Divineo Online; FREDERIC LEGAULT, individually and doing business as Divineo Inc.; MAX LOUARN, individually and doing business as Divineo U.K., Divineo S.A.R.L., and Divineo Online; and DOES 1 through 10, | Judge:     Hon. Claudia Wilken<br>Courtroom: 2, 4th Floor |
| | Defendants. | |

1  Plaintiff Sony Computer Entertainment America Inc. ("SCEA") and Defendants Divineo
2  Inc. and Frederic Louarn (collectively "Divineo") hereby request a two-month continuance of
3  the mediation deadline to December 31, 2005.  As set forth in the Court's Order to Extend
4  Mediation Deadline dated July 18, 2005, the current deadline for the parties to conduct
5  mediation is October 31, 2005.  SCEA and Divineo have engaged in settlement discussions
6  over the past few months and have recently exchanged settlement documents.  In an effort to
7  continue the progress toward settlement and to preserve the resources that would be required
8  to prepare for and travel to a mediation, SCEA and Divineo propose extending the October 31
9  mediation deadline by two months.  The parties previously obtained one extension to the
10 mediation deadline, and the requested modification would have no effect on the schedule for
11 the case.
12     IT IS, THEREFORE, STIPULATED by SCEA and Divineo Inc., through their
13 undersigned counsel and subject to the approval of the Court, that the deadline to conduct
14 mediation shall be extended by two months – from October 31, 2005 to December 31, 2005.
15     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

17 DATED: 11/1/05                      /s/ CLAUDIA WILKEN
18                                    HON. CLAUDIA WILKEN
                                      United States District Judge

19   The undersigned hereby stipulate to the entry of the above Order.
20 DATED:  October 28, 2005

22 By:/s/*James G. Gilliland, Jr.*              By:/s/*Richard J. Nelson*
       James G. Gilliland, Jr.                      Richard J. Nelson
23     Timothy R. Cahn                              Jeffrey C. Hallam
       Angus M. MacDonald                           Sideman & Bancroft
24     Townsend and Townsend and Crew LLP           One Embarcadero Center, 8th Floor
       Two Embarcadero Center, 8th Floor            San Francisco, CA  94111
25     San Francisco, California  94111             Tel:    415-392-1960
       Tel:    (415) 576-0200                       Fax:    415-392-0827
26     Fax:    (415) 576-0300                       Email:  rnelson@sideman.com
       Email:  jggilliland@townsend.com                     jhallam@sideman.com
27             trcahn@townsend.com
               ammacdonald@townsend.com
28   [*signature block continued on next page*]    [*signature block continued on next page*]

PROOF OF SERVICE
Case No. C 04-4200 CW

| | | |
|---|---|---|
| 1 | Jennifer Y. Liu | Patricia B. Cunningham |
| 2 | James Y. Leong<br>Sony Computer Entertainment America Inc. | Sutherland Asbill & Brennan LLP<br>999 Peachtree Street, NE |
| 3 | 919 East Hillsdale Boulevard, 2nd Floor<br>Foster City, California 94404 | Atlanta, GA  30309<br>Tel:     404-853-8000 |
| 4 | Tel:     (650) 655-8000<br>Fax:     (650) 655-8042 | Fax:    404-853-8806<br>Email: patricia.cunningham@sablaw.com |
| 5 | Email:   jennifer_liu@playstation.sony.com | |

**Attorneys for Plaintiff Sony Computer Entertainment America Inc.**

David E. Weslow
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:     202-383-0100
Fax:    202-637-3593
Email: david.weslow@sablaw.com

**Attorneys for Defendants Divineo Inc. and Frederic Legault**

60618801 v2

COMPLAINT
CASE NO.

3