[PURSUANT TO LOCAL RULE 3-4(a)(1), NAMES AND ADDRESSES OF COUNSEL AND NAMES OF PARTIES APPEAR ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>DIVINEO INC., a Canadian corporation; DIVINEO U.K., an entity of unknown form; DIVINEO S.A.R.L., a French corporation, doing business as Divineo Online; FREDERIC LEGAULT, individually and doing business as Divineo Inc.; MAX LOUARN, individually and doing business as Divineo U.K., Divineo S.A.R.L., and Divineo Online; and DOES 1 through 10,<br><br>          Defendants. | Case No. C 04-4200 CW<br><br>**E-FILING**<br><br>**STIPULATION AND ORDER TO EXTEND MEDIATION DEADLINE**<br><br>Judge:        Hon. Claudia Wilken<br>Courtroom:  2, 4th Floor |

1   Plaintiff Sony Computer Entertainment America Inc. ("SCEA") and Defendants Divineo

2   Inc. and Frederic Louarn (collectively "Divineo") hereby request a three-month continuance of

3   the mediation deadline to March 31, 2006.  As set forth in the Court's Order to Extend

4   Mediation Deadline dated November 1, 2005, the current deadline for the parties to conduct a

5   mediation is December 31, 2005.  SCEA and Divineo have engaged in settlement discussions

6   over the past several months and have exchanged settlement documents.  In an effort to

7   continue the progress toward settlement, SCEA and Divineo propose extending the

8   December 31 mediation deadline by three months.  The parties have verified that an agreed-

9   upon mediator has availability to conduct a mediation between now and March 31, 2006.  The

10   parties previously obtained two extensions to the mediation deadline, and the requested

11   modification would have no effect on the schedule for the case.

12   IT IS, THEREFORE, STIPULATED by SCEA and Divineo Inc., through their

13   undersigned counsel and subject to the approval of the Court, that the deadline to conduct

14   mediation shall be extended by three months – from December 31, 2005 to March 31, 2006.

15   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16          1/9/06                              /s/ CLAUDIA WILKEN

17   DATED:_____     _____

18                                     HON. CLAUDIA WILKEN
                                       United States District Judge

19   The undersigned hereby stipulate to the entry of the above Order.

20   DATED:  December 29, 2005

21

22   By:/s/ *Angus M. MacDonald*_____     By:/s/ *David E. Weslow*_____
        James G. Gilliland, Jr.                      Richard J. Nelson
23      Timothy R. Cahn                              Jeffrey C. Hallam
        Angus M. MacDonald                           Sideman & Bancroft
24      Townsend and Townsend and Crew LLP           One Embarcadero Center, 8th Floor
        Two Embarcadero Center, 8th Floor            San Francisco, CA  94111
25      San Francisco, California  94111             Tel:     415-392-1960
        Tel:     (415) 576-0200                      Fax:    415-392-0827
26      Fax:    (415) 576-0300                       Email:  rnelson@sideman.com
        Email:  jggilliland@townsend.com                     jhallam@sideman.com
27              trcahn@townsend.com
                ammacdonald@townsend.com

28   [*signature block continued on next page*]     [*signature block continued on next page*]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jennifer Y. Liu
James Y. Leong
Sony Computer Entertainment America Inc.
919 East Hillsdale Boulevard, 2nd Floor
Foster City, California 94404
Tel:      (650) 655-8000
Fax:     (650) 655-8042
Email:   jennifer_liu@playstation.sony.com

**Attorneys for Plaintiff Sony Computer
Entertainment America Inc.**

Patricia B. Cunningham
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA  30309
Tel:     404-853-8000
Fax:    404-853-8806
Email: patricia.cunningham@sablaw.com

David E. Weslow
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:     202-383-0100
Fax:    202-637-3593
Email: david.weslow@sablaw.com

**Attorneys for Defendants Divineo Inc.
and Frederic Legault**

**GENERAL ORDER 45 ATTESTATION**

I, Angus M. MacDonald, am the ECF user whose ID and password are being used to file this Stipulation And [Proposed] Order To Extend Mediation Deadline.  In compliance with General Order 45, X.B., I hereby attest that David E. Weslow has concurred in this filing.

/s/ *Angus M. MacDonald*
Angus M. MacDonald

60618801 v4

1

## PROOF OF SERVICE
[C.C.P. §§ 1011 and 1013, C.R.C.§ 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111.  On the date set forth below, I served a true and accurate copy of the document(s) entitled:

## STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE

on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

*Via Electronic Transmission*
Patricia B. Cunningham
Sutherland Asbill & Brennan LLP
999 Peachtree, NE
Atlanta, GA  30309
Tel:     404-853-8000
Fax:     404-853-8806
Email:  patricia.cunningham@sablaw.com

*Via Electronic Transmission*
Richard J. Nelson
Jeffrey C. Hallam
Sideman & Bancroft
One Embarcadero Center, 8th Floor
San Francisco, CA  94111
Tel:          415-392-1960
Fax:          415-392-0827
Email:       rnelson@sideman.com
Email:       jhallam@sideman.com

*Via Electronic Transmission*
David E. Weslow
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:     202-383-0100
Fax:     202-637-3593
Email:  david.weslow@sablaw.com

*Via Electronic Transmission & U.S. Mail*
U.S. District Court – ADR Unit
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102
Tel:     415-522-2199
Fax:     415-522-4112
Email:  ADR@cand.uscourts.gov

[By First Class Mail]  I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service.  On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

[By Overnight Courier]  I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

[By Hand]  I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

[By Facsimile Transmission]  I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

[By Electronic Transmission]  I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated:  December 29, 2005

/s/Diane G. Sunnen
Diane G. Sunnen

60618801 v4

PROOF OF SERVICE
Case No. C 04-4200 CW