[PURSUANT TO LOCAL RULE 3-4(a)(1), NAMES AND ADDRESSES OF COUNSEL AND NAMES OF PARTIES APPEAR ON SIGNATURE PAGE]

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> DIVINEO INC., et al., <br><br> Defendants. | No. CV 04-04200 CW <br><br> **E-FILING** <br><br> NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT FRÉDÉRIC LEGAULT AND [PROPOSED] ORDER GRANTING SUBSTITUTION <br><br> Judge: Hon. Claudia Wilken <br> Courtroom: 2, 4th Floor |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Civil Local Rule 11-5(a), Defendant Frédéric Legault hereby agrees to substitute himself, *pro se*, as his attorney of record in the above referenced matter in place and instead of his attorneys of record, Richard J. Nelson of Sideman & Bancroft LLP, and Patricia B. Cunningham and David E. Weslow of Sutherland Asbill & Brennan LLP. Accordingly notice is hereby given that, effective upon entry of the appropriate order of this Court, all future notices, pleadings and orders served or filed in the above-referenced matter shall be sent by First Class Mail to the following address:

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

```
                                    Mr. Frédéric Legault
                                    c/o DIVINEO, INC.
                                    64011-1372 St-Jacques
                                    Quebec, QC G2E 6B1
                                    CANADA
```

Substitution Accepted:                FRÉDÉRIC LEGAULT

Dated: February 24, 2006              _/s/ Frédéric Legault_____
                                      FRÉDÉRIC LEGAULT


Substitution Accepted:                SIDEMAN & BANCROFT LLP

Dated: ~~February~~ March 6, 2006     By: _____
                                      RICHARD J. NELSON (State Bar No. 141658)
                                      One Embarcadero Center, 8th Floor
                                      San Francisco, CA 94111
                                      Telephone:  415-392-1960
                                      Facsimile:  415-392-0827
                                      Email:      rnelson@sideman.com


Substitution Accepted:                SUTHERLAND ASBILL & BRENNAN LLP

Dated: February 27, 2006              By: _____
                                      PATRICIA B. CUNNINGHAM (Admitted *Pro Hac Vice*)
                                      999 Peachtree Street, NE
                                      Atlanta, GA 30309
                                      Telephone:  (404) 853-8000
                                      Facsimile:  (404) 853-806
                                      E-mail:     patricia.cunningham@sablaw.com

                                      DAVID E. WESLOW (Admitted *Pro Hac Vice*)
                                      SUTHERLAND ASBILL & BRENNAN LLP
                                      1275 Pennsylvania Avenue, NW
                                      Washington, DC 20004
                                      Telephone:  (202) 383-0100
                                      Facsimile:  (202) 637-3593
                                      E-mail:     david.weslow@sablaw.com


IT IS SO ORDERED.

Dated: March 9, 2006                  _/s/ Claudia Wilken_____
                                      HON. CLAUDIA WILKEN
                                      United States District Judge

---

- 2 -                                                    Case No. CV 04-04200 CW
NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT FRÉDÉRIC LEGAULT
WO 471214.1